**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

LEALON MULDROW,                                                                                    PLAINTIFF
REG. #06344-031

v.                                              No. 2:15CV00203-JLH-JTK

BUREAU OF PRISONS, et al.                                                                    DEFENDANTS

## ORDER

The Court has reviewed proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. The proposed findings and recommendations are adopted in full by the Court. Lealon Muldrow's claims against the Bureau of Prisons are dismissed with prejudice.

IT IS SO ORDERED this 25th day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE