## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

LEALON MULDROW,                                                                                    PLAINTIFF
REG. #06344-031

v.                                           No. 2:15CV00203-JLH-JTK

DOES, Federal Prison Officials;
and USA                                                                                            DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections.[1] After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant Lam's motion to dismiss is GRANTED, and he is DISMISSED from plaintiff's complaint. Document #26.

2. Plaintiff's motion to amend is DENIED. Document #30.

IT IS SO ORDERED this 25th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Lealon Muldrow has responded but does not object. He asks that the United States be substituted as the proper defendant, but the docket already reflects that the USA is a defendant.