# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

LEALON MUDROW,                                                                                          PLAINTIFF
REG. #06344-031

v.                                          2:15CV00203-JLH-JTK

BUREAU OF PRISONS, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.  Document #41.

IT IS SO ORDERED this 18th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE